Adam C. Anderson (Bar No. 024314)
ANDERSON BANTA CLARKSON PLLC
48 North Macdonald
Mesa, AZ 85201
480-272-5983
adam@abclawgroup.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| RANDALL RUBEN, | |
| Plaintiff, | |
| v. | No. |
| FIRST NATIONAL COLLECTION BUREAU, INC. | COMPLAINT & TRIAL BY JURY DEMAND |
| Defendant. | |

NOW COMES the Plaintiff, RANDALL RUBEN, by and through his attorneys, ANDERSON BANTA CLARKSON PLLC, and for his Complaint against the Defendant, FIRST NATIONAL COLLECTION BUREAU, INC., the Plaintiff states as follows:

## I.   PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

## II.    Jurisdiction & Venue

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

## III.    Parties

4. RANDALL RUBEN, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Oro Valley, County of Pima, State of Arizona.

5. Upon information and belief, the debt that Plaintiff allegedly owed was incurred primarily for the personal use of Plaintiff and/or for household expenditure.

6. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

7. FIRST NATIONAL COLLECTION BUREAU, INC., (hereinafter, "Defendant") is a business entity engaged in the collection of debt within the State of Arizona. Defendant is incorporated in the State of Nevada.

8. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

9. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

10. During the course of its efforts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence via the mail and/or electronic mail and initiates contact with alleged debtors via various means of telecommunication, such as the telephone and facsimile.

11. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

12. At all relevant times, Defendant acted through its duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## IV. A<span>LLEGATIONS</span>

13. On or about January 22, 2014 at 9:51 p.m. Plaintiff received a telephone call from a duly authorized representative of Defendant.

14. Defendant left a message to Plaintiff that stated "the reference number is 051976651. If you wish to speak to someone now regarding your account, press 0 to repeat these choices press the star key. Thank you for your help. Goodbye."

15. Defendant's message to Plaintiff failed to identify that the call was an attempt to collect a debt.

16. Defendant's message to Plaintiff failed to make any meaningful disclosure of the caller's identity.

17. In its attempts to collect the debt allegedly owed by Plaintiff, Defendant violated the FDCPA, 15 U.S.C. §1692, in one or more of the following ways:

   a. Communicated with the consumer at an unusual time and place or at a time or place which should be known to be inconvenient to the consumer including calling the consumer after 9:00 p.m. in violation of 15 U.S.C. § 1692c(a)(1);

   b. Placed a telephone call to a consumer without meaningful disclosure of the caller's identity in violation of 15 U.S.C. §1692d(6);

   c. Failed to disclose in communications that said communication was from a debt collector and that any information obtained during the communication will be used for the purpose of collecting a debt in violation of 15 U.S.C. §1692e(11);

   d. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

18. As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

### V.    Jury Demand

19. Plaintiff hereby demands a trial by jury on all issues so triable.

### VI.    Prayer for Relief

WHEREFORE, Plaintiff, RANDALL RUBEN, by and through his attorneys, respectfully prays for Judgment to be entered in favor of Plaintiff and against Defendant as follows:

    a.    All actual compensatory damages suffered;
    b.    Statutory damages of $1,000.00;
    c.    Plaintiff's attorneys' fees and costs;
    d.    Any other relief deemed appropriate by this Honorable Court.

Respectfully Submitted,

**By:**    s/ Adam C. Anderson

**Adam C. Anderson**
**Attorney for Plaintiff,**
**RANDALL RUBEN**

**March 11, 2014**

**Adam C. Anderson (Bar No. 024314)**
**ANDERSON BANTA CLARKSON PLLC**
**48 North Macdonald**
**Mesa, AZ 85201**
**480-272-5983**
**adam@abclawgroup.com**
**Attorney for Plaintiff**