# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randall Ruben,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>First National Collection Bureau Incorporated,<br><br>　　　　　　Defendant. | No. CV-14-01944-TUC-EJM<br><br>**ORDER** |

　　　Pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. 5) and Fed. R. Civ. P. 41(a)(1),

　　　**IT IS HEREBY ORDERED** dismissing this action with prejudice, with each side to bear its own attorney's fees and costs. The Clerk shall close its file on this matter.

　　　Dated this 15th day of May, 2014.

_____
Eric J. Markovich
United States Magistrate Judge